IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DONNA RHEA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:13-cv-00506 |
| | § | |
| ALAN RITCHEY, INC. | § | |
| WELFARE BENEFIT PLAN and | § | |
| ALAN RITCHEY, INC. | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On August 12, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that, having considered Defendants' Supplemental Briefing on Attorney Fees and supporting documentation and the related briefing (*see* Dkt. 60, 63, & 65), Plaintiff Donna Rhea should pay to Defendants Alan Ritchey, Inc. and Alan Ritchey, Inc., Welfare Benefit Plan the sum of $31,415.50 for reasonable attorney's fees and costs within 30 days of the entry of final judgment herein.

The court has made a *de novo* review of the objections raised by Plaintiff (*see* Dkt. 68) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, in addition to the relief previously granted by the court in its March 30, 2015 Memorandum Adopting Report and Recommendation of the United States Magistrate Judge (*see* Dkt. 62), the court finds that Plaintiff Donna Rhea should pay to Defendants Alan Ritchey, Inc. and Alan Ritchey, Inc., Welfare Benefit Plan the sum of $31,415.50 for reasonable attorney's fees and costs within 30 days of the entry of final judgment herein.

**IT IS SO ORDERED.**

**SIGNED this the 17th day of June, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE